# MEMO ENDORSED

## WESTERMANN SHEEHY KEENAN SAMAAN & AYDELOTT, LLP

222 BLOOMINGDALE ROAD
SUITE 305
WHITE PLAINS, NEW YORK 10605

TELEPHONE (914) 946-7770
TELECOPIER (914) 946-4587
WWW.WESTERLAW.COM

DAVID WESTERMANN, JR.
CHRISTOPHER J. SHEEHY
CHRISTOPHER P. KEENAN*
PETER S. SAMAAN
MICHAEL F. KUZOW***
ROBERT J. FRYMAN**
MARY PAT BURKE**
STEPHEN J. GILLESPIE**
KENNETH J. BURFORD
ROBERT CONTI
CAROLYN K. FIORELLO**
TIMOTHY M. SMITH*
SETH D. ROSMARIN
GLEN B. LENIHAN
ZACHERY S. LAMPELL

OF COUNSEL
JOHN F. HAMILTON
JUDITH A. AYDELOTT
GORDON B. AYDELOTT
LEONARD M. RIDINI, JR.
MARIA IVANOW
ANNA-LISA BONVENTRE

* ALSO ADMITTED IN CT
** ALSO ADMITTED IN NJ
*** ALSO ADMITTED IN OK AND TX

LONG ISLAND OFFICE
OMNI BUILDING
333 EARLE OVINGTON BOULEVARD
SUITE 702
UNIONDALE, NY 11553
TELEPHONE (516) 794-7300
TELECOPIER (516) 794-1277

NEW JERSEY OFFICE
THE COMMONS – SUITE 6
82 EAST ALLENDALE ROAD
SADDLE RIVER, NJ 07458
TELEPHONE (201) 995-0890
TELECOPIER (201) 934-8681

CONNECTICUT OFFICE
745 POST ROAD
DARIEN, CT 06820
TELEPHONE (203) 661-5977

June 28, 2011

(VIA FACSIMILE (212-805-7901) & FIRST CLASS MAIL)

Hon. Naomi Reice Buchwald, USDJ
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/11

Re:  DeRosa v. Ikon Office Solutions, Inc., et al.
11 Civ. 2872 (NRB)

Dear Judge Buchwald:

This firm represents the plaintiff in connection with the above-referenced matter. We are in receipt of the Court's Notice of Initial Pretrial Conference scheduling pretrial conference on this matter for July 12, 2011. I am writing to request a brief adjournment of the conference because I have a scheduling conflict that day. Defendants's attorney consents to this request. Counsel for plaintiff and defendant are available for the conference on either July 18th, 19th, or 20th if any of those dates are convenient for the Court.

Thank you for your consideration and attention to this matter.

Respectfully,

Christopher P. Keenan

CPK:ll
cc:  Eve I. Klein, Esq.
     Duane Morris (via fax & mail with copy of Notice of Initial Pretrial Conference)

*The conference is adjourned until July 19, 2011 at 3:45 pm.*

So Ordered;
Naomi Reice Buchwald
6/28/11

## MEMO ENDORSED