**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

KENNETH DeROSA,                                  :     7:11-cv-02872-CS

              Plaintiff,                   :

                                          :     **NOTICE OF APPEARANCE**

      v.                                       :

IKON OFFICE SOLUTIONS, INC.                      :
and RICOH AMERICAS CORPORATION,                  :

             Defendants.                 :

---

       PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants,

IKON OFFICE SOLUTIONS and RICOH AMERICAS CORPORATION, in the above-

captioned action and requests that all papers in connection with the above-captioned action be

served upon the undersigned at the address listed below.

Date:    July 19, 2011
          New York, NY

                                Andrea M. Kirshenbaum, Esquire (AK2668)
                                akirshenbaum@duanemorris.com
                                DUANE MORRIS LLP
                                30 South 17th Street
                                Philadelphia, PA  19103
                                (215) 979 1856 (Phone)
                                (215) 405-3717 (Fax)

                                Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Andrea M. Kirshenbaum, hereby certify that on July 19, 2011, I served a true and correct copy of the foregoing Notice of Appearance via the Court's ECF system upon the following:

> Christopher P. Keenan, Esquire (CK8161)
> WESTERMANN, SHEEHY, KEENAN, SAMAAN &
> AYDELOTT, LLP
> 222 Bloomingdale Road, Suite 305
> White Plains, NY  10605

_____

Andrea M. Kirshenbaum