UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

KENNETH DeROSA

                   Plaintiff,

Case No. 1:11-cv-02872-NRB

-against-

IKON OFFICE SOLUTIONS and
RICOH AMERICAS CORPORATIO   Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Andrea Meryl Kirshenbaum**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AK2668     My State Bar Number is 4867313

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Wolf Block LLP
                FIRM ADDRESS: 1650 Arch Street, 22nd Flr, Philadelphia, PA 19103
                FIRM TELEPHONE NUMBER: (215) 977-2000
                FIRM FAX NUMBER: unknown - firm no longer exists
                         OLD EMAIL ADDRESS: akirshenbaum@wolfblock.com

NEW FIRM:   FIRM NAME: Duane Morris LLP
                FIRM ADDRESS: 30 South 17th Street, Philadelphia, PA 19103
                FIRM TELEPHONE NUMBER: (215) 979-1000 (dd: 215-979-1856)
                FIRM FAX NUMBER: (215) 979-1020 (direct fax: 215-405-3717)
                         NEW EMAIL ADDRESS: akirshenbaum@duanemorris.com

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: July 20, 2011

                                            ATTORNEY'S SIGNATURE