IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH DeROSA, | 1:11-cv-02872-CS |
| Plaintiff, | |
| v. | **WITHDRAWAL OF APPEARANCE** |
| IKON OFFICE SOLUTIONS, INC. and RICOH AMERICAS CORPORATION, | |
| Defendants. | |

Please withdraw the appearance of Andrea M. Kirshenbaum as counsel for Defendants, IKON OFFICE SOLUTIONS and RICOH AMERICAS CORPORATION, in the above-captioned action.

Dated: August 26, 2011
New York, NY

Andrea M. Kirshenbaum, Esquire (AK2668)
akirshenbaum@duanemorris.com
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1856 (Phone)
(215) 405-3717 (Fax)

Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Andrea M. Kirshenbaum, hereby certify that on August 26, 2011, I served a true and correct copy of the foregoing Withdrawal of Appearance via the Court's ECF system upon the following:

>Christopher P. Keenan, Esquire (CK8161)
>WESTERMANN, SHEEHY, KEENAN,
>SAMAAN & AYDELOTT, LLP
>222 Bloomingdale Road, Suite 305
>White Plains, NY 10605

Andrea M. Kirshenbaum