# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH DeROSA, | 7:11-cv-02872-NRB |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| IKON OFFICE SOLUTIONS, INC. and RICOH AMERICAS CORPORATION, | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants, IKON OFFICE SOLUTIONS and RICOH AMERICAS CORPORATION, in the above-captioned action and requests that all papers in connection with the above-captioned action be served upon the undersigned at the address listed below.

Date:   August 25, 2011
       New York, NY

/s/ Joanna R. Varon
Joanna R. Varon, Esquire (JV6484)
jrvaron@duanemorris.com
DUANE MORRIS LLP
1540 Broadway
New York, NY  10036
(212) 692-1000

Attorney for Defendants

## NOTICE OF APPEARANCE

I, Joanna R. Varon, hereby certify that on August 25, 2011, I served a true and correct copy of the foregoing Notice of Appearance via the Court's ECF system upon the following:

> Christopher P. Keenan, Esquire (CK8161)
> WESTERMANN, SHEEHY, KEENAN, SAMAAN &
> AYDELOTT, LLP
> 222 Bloomingdale Road, Suite 305
> White Plains, NY  10605

> /s/ Joanna R. Varon
> Joanna R. Varon

DM1\2825512.1 D6666/00479