**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| KENNETH DeROSA, | 1:11-cv-02872-CS |
| Plaintiff, | |
| v. | **WITHDRAWAL OF APPEARANCE** |
| IKON OFFICE SOLUTIONS, INC. and RICOH AMERICAS CORPORATION, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 9/6/2011 |
| Defendants. | |

Please withdraw the appearance of Andrea M. Kirshenbaum as counsel for Defendants, IKON OFFICE SOLUTIONS and RICOH AMERICAS CORPORATION, in the above-captioned action.

Dated:  August 26, 2011
        New York, NY

Andrea M. Kirshenbaum, Esquire (AK2668)
akirshenbaum@duanemorris.com
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103
(215) 979-1856 (Phone)
(215) 405-3717 (Fax)

Attorney for Defendants

So Ordered:

_[signature]_, USDJ

September 6, 2011

DM1\2823540.1 D6666/00479