UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

KENNETH DeROSA,        Plaintiff,         Case No. 7:11-cv-02872-NRB

-against-

IKON OFFICE SOLUTIONS, INC.
and RICOH AMERICAS CORPORA  Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Joanna R. Varon_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: (JV6484)         My State Bar Number is 4282125

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Weil, Gotshal & Manges LLP
            FIRM ADDRESS: 767 Fifth Avenue, 25th Fl, New York, NY 10153
            FIRM TELEPHONE NUMBER: (212)-310-8497
            FIRM FAX NUMBER: (212)-310-8007

NEW FIRM:   FIRM NAME: Duane Morris LLP
            FIRM ADDRESS: 1540 Broadway, New York NY 10036
            FIRM TELEPHONE NUMBER: 212-692-1000
            FIRM FAX NUMBER: 212-692-1020

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: September 7, 2011

ATTORNEY'S SIGNATURE