```
USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
KENNETH DEROSA,

                Plaintiff,

    - against -

IKON OFFICE SOLUTIONS, INC. and
RICOH AMERICAS CORPORATION,

                Defendants.
----------------------------------X

O R D E R

11 Civ. 2872 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:    New York, New York
            November 22, 2011

                                                _____
                                                NAOMI REICE BUCHWALD
                                                UNITED STATES DISTRICT JUDGE